The order below is hereby signed.

Signed: January 7 2026



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Marcellus Kenyatta Brundage                     Case No.: 25-00527-ELG
                                                Chapter 7

       DEBTOR(S)


U.S. Bank Trust National Association, as
Trustee of the Chalet Series IV Trust, by SN
Servicing Corporation, Servicing Agent
       MOVANT
         vs.
Marcellus Kenyatta Brundage

and
Wendell W. Webster, Trustee
       RESPONDENT(S)

### ORDER TERMINATING AUTMATIC STAY BY DEFAULT AS TO THE PROPERTY KNOWN AS 913 VARNEY STREET SE, WASHINGTON, DC 20032

No Answer having been filed in the herein matter, it is by the United States Bankruptcy Court for the District of Columbia

1

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated pursuant to 11 U.S.C. Section 362(d)(1) and (2) to enable U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust, by SN Servicing Corporation, Servicing Agent, or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 913 Varney Street SE, Washington, DC 20032 and allow the successful purchaser thereof to obtain possession of same.

I request this:
/s/ Richard J. Rogers
 Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
410-296-2550
Federal Bar #: 01980 (DC)
Attorney for Movant

   cc: Cohn, Goldberg & Deutsch, LLC

     1099 Winterson Road, Suite 301
     Linthicum Heights, MD  21090

     Marcellus Kenyatta Brundage
     913 Varney Street, S.E.
     Washington, DC 20032

     and respondent(s)' counsel:
     Pro Se

Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW Suite 402
Washington, DC 20036

**End of Order**